# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation of Supervised Release) |
| V. | |
| SILVIO OREJUELA-CERON | Case Number: 8:00-cr-468-T-30TBM  USM Number: 39461-018 |
| | Mark Ciaravella, cja.  Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) ONE and TWO of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| ONE | New criminal conduct, Operation of Submersible Vessel or Semi-submersible Vessel Without Nationality, while on supervision in violation of the standard conditions of supervision | February 28, 2009 |
| TWO | New criminal conduct, Operation of Submersible Vessel or Semi-submersible Vessel Without Nationality, while on supervision in violation of the standard conditions of supervision | February 28, 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 22, 2009
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

23 Sept. 2009
Date

DEFENDANT: SILVIO OREJUELA-CERON   Judgment - Page 2 of 2
CASE NUMBER: 8:00-cr-468-T-30TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWENTY-SEVEN (27) MONTHS**. The term(s) of imprisonment imposed by this judgment shall run consecutively with the defendant's term(s) of imprisonment imposed or as yet to be imposed in any future sentence in Docket Number(s) 8:09-cr-81-T-33TGW.

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

____ The Court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m. on _____.

   ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL